UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------
RACHEL GRANDOVSKY,

                                              Plaintiff,
      -against-

Civil No.: 3:15-cv-02331-PGS-TJB

NIAGARA CREDIT SOLUTIONS, INC.,

                                              Defendant.
-------------------------------------------------------------------

## NOTICE OF VOLUNTARY DISMISSAL

Whereas no party has filed an Answer to the Complaint filed in this action, the Plaintiff hereby voluntarily dismisses this action against Defendant NIAGARA CREDIT SOLUTIONS, INC., and discontinues her claims against the Defendant in the above-captioned matter, with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.


Dated:      August 28, 2015         /s/ Yitzchak Zelman_____
                                                     Yitzchak Zelman, Esq. (YZ5857)
                                                     MARCUS & ZELMAN, P.C.
                                                     1500 Allaire Avenue, Suite 101
                                                     Ocean, New Jersey 07712
                                                     Phone:    (732) 695-3282
                                                     *Attorney for the Plaintiff*